# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Armando Christopher Tabarez          **Docket Number:**   0972 2:94CR00320

**Name of Judicial Officer**:   Honorable John A. Mendez, United States District Judge

**Date of Original Sentence:**   4/10/1997

**Original Offense:** 21 U.S.C. § 846 and 841(a)(1) – Conspiracy to Possess with Intent to Distribute Methamphetamine (CLASS A FELONY)

**Original Sentence:** 264 months BOP; 60 months TSR; $50 special assessment

**Special Conditions:**

1. Warrantless search
2. Financial disclosure
3. Pager/cellular phone restrictions

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   3/14/2014

**Other Court Actions:**
None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

4. As directed by the probation officer, the defendant shall participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse.

**Justification:**  While meeting with Mr. Tabarez, he expressed great stress and anxiety over family matters and admitted drinking alcohol to counter these feelings. The undersigned and the releasee discussed drug/alcohol counseling, to which Mr. Tabarez requested a referral be made. The releasee has signed the required waiver to modify his conditions of supervised release and is willing to voluntarily seek counseling services at this time. The releasee has had no documented violations of supervised release since his release from custody and is presently employed full time.

Should the Court concur, the undersigned has contacted the treatment provider and they indicated services will begin immediately.

Respectfully submitted,
/s/ Garey R. White

**Garey R. White**
**United States Probation Officer**
Telephone: (916) 930-4315

**DATED:**   8/31/2015

Reviewed by,
**/s/ Matthew M. Faubert**

**Matthew M. Faubert**
**Assistant Deputy Chief United States Probation Officer**

RE: **Armando Christopher Labarez**   Docket Number: 0972 2:94CR00320

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**DATED:  9/9/2015**                                         /s/ John A. Mendez_____

                                                                        U. S. District Court Judge

CC:

United States Probation

Assistant United States Attorney: Richard Bender

Defense Counsel: John E. Virga

Page **3** of **3**                                                                                                    PROB 12B
                                                                                                                                         (04/13)