JOHN E. VIRGA (Bar No. 39451)
JOHN E. VIRGA, INC.
A Professional Corporation
721 Eleventh Street
Sacramento, CA 95814
Telephone:     (916) 444-6595
Facsimile:      (916) 444-3318

Attorneys for Defendant
ARMANDO CHRISTOPHER TABAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:94-CR-00320-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING ADMIT OR DENY HEARING** |
| v. | |
| ARMANDO CHRISTOPHER TABAREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between assistant U.S. Attorney Rosanne Rust, counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant Armando Tabarez, that the Admit or Deny Hearing currently scheduled for November 17, 2015, at 9:15 a.m., be continued until February 16, 2016, at 9:15 a.m.

On September 16, 2015, Magistrate Judge Carolyn K. Delaney revoked Mr. Tabarez's supervised release and signed a detention order.  Mr. Tabarez has a pending case in Sacramento Superior Court, case number 15F05621, that involves the same allegations that gave rise to his revocation of supervised release in this case.  Mr. Tabarez is scheduled to appear in Sacramento Superior Court on December 7, 2015, at 8:30 a.m.  The defense has recently received a significant amount of discovery in the state case and is conducting its own investigation.  Defense counsel asks for this continuance in an effort to coordinate resolutions in both cases.

Rossane Rust agrees to this request and has authorized John E. Virga to sign this stipulation on her behalf.  Further, defense counsel notified United States Probation Officer Garey

R. White of this continuance.
DATED:  November 16, 2015

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

DATED:  November 16, 2015

By: */s/ John E. Virga for Rosanne Rust*
ROSANNE RUST
Assistant United States Attorney

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The admit or deny hearing date of November 17, 2015, at 9:15 a.m. is vacated, and continued until February 16, 2016, at 9:15 a.m.

DATED:  11/16/2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE