1  JOHN E. VIRGA (Bar No. 39451)
   MEGAN VIRGA (Bar No. 224820)
2  JOHN E. VIRGA, INC.
   A Professional Corporation
3  721 Eleventh Street
   Sacramento, CA 95814
4  Telephone:   (916) 444-6595
   Facsimile:    (916) 444-3318
5
   Attorneys for Defendant
6  ARMANDO CHRISTOPHER TABAREZ

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | CASE NO. 2:94-CR-00320-JAM
   | Plaintiff,                    | **STIPULATION AND ORDER CONTINUING ADMIT OR DENY HEARING**
12 | v.                            |
13 | ARMANDO CHRISTOPHER TABAREZ,  |
14 | Defendant.                    |
15

16      IT IS HEREBY STIPULATED by and between assistant U.S. Attorney Timothy Delgado,

17 counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant

18 Armando Tabarez, that the Admit or Deny Hearing currently scheduled for October 4, 2016, at

19 9:15 a.m., be continued until October 25, 2016, at 9:15 a.m.

20      Mr. Tabarez has a pending case in Sacramento Superior Court case number 15F05621 that

21 involves the same allegations that gave rise to his revocation of supervised release in this case.

22 The resolution of the state case has been prolonged because of issues with physically producing

23 Mr. Tabarez in court.  To date he has been present for one of the eleven hearings on his case.

24 Despite this issue, defense counsel has completed investigations and worked toward resolution of

25 the case.  The parties believe that resolving the state case first would greatly expedite a resolution

26 of the federal case.

27      On September 28, 2016, defense counsel appeared in Sacramento Superior Court and

28 discussed settlement with the Sacramento County Deputy District Attorney handling the

prosecution. Defense counsel believes that it is getting close to resolving the state case. Further, on September 28, 2016, defense counsel spoke with the United States Probation Officer Garey R. White who agreed that a brief continuance would assist in resolving both cases. Defense counsel asks for this continuance in an effort to coordinate resolutions in both cases.

Timothy Delgado agrees to this request and has authorized John E. Virga to sign this stipulation on his behalf. Further, United States Probation Officer Garey R. White also agrees with this request.

DATED: September 29, 2016

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

DATED: September 29, 2016

By: */s/ John E. Virga for Timothy Delgado*
TIMOTHY DELGADO
Assistant United States Attorney

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The admit or deny hearing date of October 4, 2016, at 9:15 a.m. is vacated, and continued until October 25, 2016, at 9:15 a.m.

DATED: 9/29/2016.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE